NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DEVIN ERIC LAMM,                          )
                                          )
          Appellant,                      )
                                          )
v.                                        )          Case No. 2D19-617
                                          )
STATE OF FLORIDA,                         )
                                          )
          Appellee.                       )
_____)

Opinion filed October 2, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pasco County; Mary Handsel,
Judge.

Devin Eric Lamm, pro se.


PER CURIAM.


          Affirmed.  See Melvin v. State, 645 So. 2d 448 (Fla. 1994); Hughes v.

State, 22 So. 3d 132 (Fla. 2d DCA 2009); Waiter v. State, 965 So. 2d 861 (Fla. 2d DCA

2007); Coughlin v. State, 932 So. 2d 1224 (Fla. 2d DCA 2006) (en banc); Shortridge v.

State, 884 So. 2d 321 (Fla. 2d DCA 2004).


KELLY, MORRIS, and BADALAMENTI, JJ., Concur.